JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM P. PLUMMER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES et al., <br><br> Defendants. | No. CV 20-06219-CJC (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Date: August 11, 2021

_____
CORMAC J. CARNEY
United States District Judge